UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIONE MOALA,<br><br>　　　　　Defendant. | No. 2:24-cr-00036-TLN<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant Sione Moala's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 4.) The Government has not filed an opposition. For following reasons, the Court GRANTS Defendant's motion.

　　　　Defendant pleaded guilty to using a firearm in relation to a crime of violence in violation of 18 U.S.C. § 924(c) in the United States District Court for the District of Utah. (*Id.* at 4.) He was sentenced to a term of imprisonment of 84 months to be followed by 60 months of supervised release. (*Id.*) Defendant's supervised release began on April 29, 2020. (*Id.*) The case was transferred to this district on February 21, 2024. (ECF No. 1.) Defendant filed the instant motion for early termination of his supervised release on October 30, 2024. (ECF No. 4.)

　　　　"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. §

3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18 U.S.C. § 3583(e)(1)). Defendant has the burden to demonstrate that early termination of supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

Defendant requests early termination of supervised release based on his good conduct on supervised release for over four years (including employment with the Downtown Sacramento Partnership for three years), his need to travel out of the district to take care of his mother, and the support of his probation officer. (ECF No. 4.) Defendant also submits a letter of support from his employer, who attests to Defendant's work ethic, integrity on the job, and other positive qualities. (ECF No. 4-1.) Based on the Government's non-opposition, the support of Defendant's probation officer, and Defendant's exemplary conduct while on supervised release, the Court finds Defendant has met his burden to show that early termination of supervised release is warranted pursuant to 18 U.S.C. § 3583(e). *Emmett*, 749 F.3d at 819.

Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED. (ECF No. 4.)

IT IS SO ORDERED.

Date: November 4, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE